# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**AMERICAN INTEGRITY**
**INSURANCE COMPANY**
**OF FLORIDA,**

      **Plaintiff,**

v.                           Case No.: 8:24-cv-00783-KKM-AEP

**JOHN DOE, owner/user of**
**the email address**
**fraud@americanintegrityfraud.com,**

      **Defendant.**
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, American Integrity Insurance Company of Florida, makes the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**American Integrity Insurance Company of Florida is a Florida company with its principal place of business in Florida.**

**Plaintiff's counsel in this matter are J. Todd Timmerman, Mindi M. Richter, and Samantha Regala with the law firm Shumaker, Loop & Kendrick, LLP.**

**The identity of Defendant, John Doe, owner/user of the email address fraud@americanintegrityfraud.com, is currently unknown.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**American Integrity Insurance Company of Florida**

5. Undersigned counsel for American Integrity Insurance Company of Florida hereby certify they are unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated:  March 29, 2024 					Respectfully submitted,

/s/ J. Todd Timmerman
J. Todd Timmerman, Lead Counsel
Florida Bar No. 0956058
ttimmerman@shumaker.com
Mindi M. Richter
Florida Bar No. 0044827
mrichter@shumaker.com
Samantha Regala
Florida Bar No. 1032553
sregala@shumaker.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.: (813) 229-1660

*Counsel for Plaintiff, American Integrity Insurance Company of Florida*