UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:24-cv-00783-KKM-AEP

AMERICAN INTEGRITY
INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

PATRICK SMITH,

    Defendant.

---

**NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANT PATRICK SMITH**

PLEASE TAKE NOTICE that Griffin Klema, Esq., and the law firm Klema Law, P.L. hereby enter their appearance as counsel on behalf of Defendant, Patrick Smith, and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate.

                                        /s/ Griffin Klema
                                        Griffin C. Klema, Esq.
                                        Fla. Bar No. 100279
                                        Griffin@KlemaLaw.com
                                        **Klema Law, P.L.**
                                        PO Box 172381
                                        Tampa, FL 33672
                                        420 W. Kennedy Boulevard
                                        Tampa, FL 33606
                                        Telephone: 202-713-5292
                                        *Attorney for Defendant*