UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:24-cv-00783-KKM-AEP

AMERICAN INTEGRITY
INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

PATRICK SMITH,

    Defendant.

---

**AMENDED DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant Patrick Smith makes the following disclosure(s).

1. The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

   **American Integrity Insurance Company of Florida** (plaintiff)
   **American Integrity Insurance Group, LLC** (parent company plaintiff)[1]

---

[1] Plaintiff failed to disclose this parent entity as well as the shareholders and affiliates that follow, see [DE 5], in apparent violation of this Court's order, [DE 6]. Defendant recently identified them through his independent investigation as potentially having an interest in the outcome of this case after learning how this litigation is being *personally* driven by certain of plaintiff's management team (including possibly Mr. Bob Ritchie or his son, Jon Ritchie) against the insured-defendant over a "gripe site" and his protected non-commercial speech.

> **American Integrity MGA, LLC** (affiliate of plaintiff)
> **American Integrity Claims Services, LLC** (affiliate of plaintiff)
> **Pinnacle Insurance Consultants, LLC** (affiliate of plaintiff)
> **Pinnacle Analytics, LLC** (affiliate of plaintiff)
> **Stone Point Capital** (private equity firm and believed major shareholder of Am. Integrity Ins. Grp. Inc.)
> **Dowling Capital Partners** (private equity firm and believed minor shareholder of Am. Integrity Ins. Grp. Inc.)
> **Pine Brook Partners** (private equity firm and believed minor shareholder of Am. Integrity Ins. Grp. Inc.)
> **Kelso & Company** private equity firm and believed minor shareholder of Am. Integrity / Am. Integrity Ins. Grp. Inc.)
> **Robert "Bob" Ritchie** (President, CEO, and believed 22.7% shareholder of Am. Integrity / Am. Integrity Ins. Grp. Inc.)
> **Jonathon Ritchie** (COO and believed shareholder of Am. Integrity / Am. Integrity Ins. Grp. Inc.)
> **James Edwin Sowell** (believed 59.25% shareholder of Am. Integrity / Am. Integrity Ins. Grp. Inc.)
> **Michael Sperounes** (Sr. VP of Litigation and believed shareholder, Am. Integrity / Am. Integrity Ins. Grp. Inc.)
> **J. Todd Timmerman, Esq.** (plaintiff's counsel)
> **Mindi M. Richter, Esq.** (plaintiff's counsel)
> **Samantha Regala, Esq.** (plaintiff's counsel)
> **Shumaker, Loop & Kendrick, LLP** (plaintiff's counsels' law firm)
> **Patrick D. Smith** (defendant)
> **Gail J. Smith** (plaintiff's disabled spouse)
> **Griffin C. Klema, Esq.** (defense counsel)
> **Klema Law, PL** (defense counsel's law firm)

2. The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

   **None known to defendant.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **None known to defendant.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

   **None.**

   ☒   I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

   Dated: June 11, 2024

       /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*