UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:24-cv-00783-KKM-AEP

AMERICAN INTEGRITY
INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

PATRICK SMITH,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE SECOND AMENDED COMPLAINT AND DEADLINE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant, Patrick Smith, by and through his attorney, Griffin Klema, Esq., and pursuant to Fed. R. Civ. P. 6, moves for an extension of time (1) to respond to plaintiff American Integrity Insurance Company of Florida's first amended complaint, [DE 19] and (2) to file a memorandum in opposition to plaintiff's motion for preliminary injunction, [DE 10].

**Procedural History**

Plaintiff American Integrity Insurance Company of Florida ("American Integrity"), initiated this action on March 29, 2024, naming a single "Doe" defendant. [DE 1]. It subsequently amended its pleading to name defendant Patrick Smith ("Smith") on May 14, 2024. [DE 19]. Smith then stipulated to accept service of the

original process, and the parties jointly agreed that the deadline for Smith's response be June 10, 2024. [DE 23]. By further agreement (off-record), the parties agreed to extended that deadline an additional seven days to June 17, 2024, as productive settlement discussions were unfolding.

In the meantime, on June 13, 2024, the Court entered an order requiring Smith to respond to American Integrity's motion for preliminary injunction. [DE 28].

However, the parties are continuing to engage in fruitful settlement discussions, have greatly narrowed the areas of remaining disagreement, and remain optimistic that a mutual resolution might be accomplished without further expenditure of attorney effort—particularly given that this case includes attorney fee-shifting claims that have the potential to affect both parties.

**Memorandum of Law**

A "court may, for good cause, extend the time" when an act must be done by a party. Fed. R. Civ. P. 6(b)(1). And so a court may, in its discretion, order the period for responding to pleadings or to a motion be extended if a request is made. The standard is a liberal one, and "an application for enlargement of time under Rule 6(b)(1) will normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4b CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE, § 1165, at 552 (3d ed. 2002).

Here, the parties have engaged in settlement demands and counter-offers, such that there appears to be a fair probability of settlement without the need for further

litigation. Consequently, Smith has good cause for the requested extension of time both with respect to responding to American Integrity's pleading as well as its memorandum in opposition to American Integrity's motion for preliminary injunction.

Separately, Smith has already taken the disputed websites off-line pending possible resolution, thus obviating the need for American Integrity's interim relief in any event and avoiding needless waste of judicial resources on a moot issue.

Finally, Smith has been authorized to represent to the Court that American Integrity does not oppose the relief sought in this motion.

**WHEREFORE**, defendant Patrick Smith requests the Court enter an Order:

(a) granting this motion;

(b) provide Smith to and including June 24, 2024, to respond to plaintiff American Integrity Insurance Company of Florida's first amended complaint;

(c) modify the Court's prior order, [DE 28] and provide Smith to and including June 27, 2024, to respond to plaintiff American Integrity Insurance Company of Florida's first amended complaint; and

(d) for such further relief as the Court deems just and proper.

## CERTIFICATE OF COUNSEL

Counsel for the movant certifies that he conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve

the issues raised in the motion and has obtained their consent to defendant's filing of this motion for extension of time as unopposed.

          /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*