UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:24-cv-00783-KKM-AEP

AMERICAN INTEGRITY
INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

PATRICK SMITH,

    Defendant.

---

**NOTICE OF RESOLUTION IN PRINCIPLE**

    Defendant, Patrick Smith, by and through his attorney, Griffin Klema, Esq., and pursuant to Local Rule 3.09(a), provides notice that he and plaintiff American Integrity Insurance Company of Florida have reached a settlement in principle of the present dispute. The parties request time to memorialize their agreement in writing and execute same.

    Upon execution, the parties expect to file a joint stipulation for dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which effectiveness will be conditional on the Court entering an order retaining jurisdiction to enforce the terms of their agreement, pursuant to Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012) ("when dismissal is pursuant to Rule 41(a)(1)(A)(ii), the district court is 'authorized to embody the settlement contract in its dismissal order ... if the parties agree'") (applying Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994)).

      /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*