UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:24-cv-00783-KKM-AEP

AMERICAN INTEGRITY
INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

PATRICK SMITH,

    Defendant.

## NOTICE SETTLEMENT

    Defendant, Patrick Smith, by and through his attorney, Griffin Klema, Esq., and pursuant to Local Rule 3.09(a), provides notice that he and plaintiff American Integrity Insurance Company of Florida have executed a confidential settlement agreement that fully concludes the present dispute.

    A joint stipulation for dismissal with prejudice will be filed shortly pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which effectiveness will be conditional on the Court entering an order retaining jurisdiction to enforce the terms of their agreement, pursuant to <u>Anago Franchising, Inc. v. Shaz</u>, LLC, 677 F.3d 1272 (11th Cir. 2012) ("when dismissal is pursuant to Rule 41(a)(1)(A)(ii), the district court is 'authorized to embody the settlement contract in its dismissal order ... if the parties agree'") (applying <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375 (1994)).

    The parties will also prepare a motion for leave to file their confidential

settlement agreement under seal in support of their request that the Court retain jurisdiction over a small aspect of their settlement agreement.

                                                        /s/ Griffin Klema  
                                                  Griffin C. Klema, Esq.  
                                                  Fla. Bar No. 100279  
                                                  Griffin@KlemaLaw.com  
                                                  **Klema Law, P.L.**  
                                                  PO Box 172381  
                                                  Tampa, FL 33672  
                                                  420 W. Kennedy Boulevard  
                                                  Tampa, FL 33606  
                                                  Telephone: 202-713-5292  
                                                  *Attorney for Defendant*