UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:24-cv-00783-KKM-AEP

AMERICAN INTEGRITY
INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

PATRICK SMITH,

    Defendant.

---

### UNOPPOSED MOTION FOR STATUS CONFERENCE

Defendant, Patrick Smith, by and through his attorney, Griffin Klema, Esq., moves the Court to convene a status conference concerning the Court's two orders striking the parties' notices of settlement, [DE 32 and 35]. The purpose of the proposed conference is to discuss the parties' intended joint filings, ensure clarity of the Court's prior orders and ensure the parties understand the Court's expectations for case closure.

"District courts have 'unquestionable' authority to control their own dockets; this authority includes broad discretion in deciding how best to manage the cases before them." Smith v. Psychiatric Solutions, Inc., 750 F.3d 1235, 1262 (11th Cir. 2014); Barber v. America's Wholesale Lender, 289 F.R.D. 364, 366 (M.D. Fla. 2013). In any action, a court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for purposes such as establishing early and

continuing control so that the case will not be protracted because of lack of management. Fed. R. Civ. P. 16(a)(2). Accordingly, this Court has the authority and discretion to conduct a case status conference to manage the closure of this case now that the parties have reached and executed a settlement of the dispute.

American Integrity does not oppose the relief sought in this motion.

**WHEREFORE**, Defendant requests the Court set a 15 minute case status conference, and for such further relief as the Court deems just and proper.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*