**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:24-cv-783-KKM-AEP | **DATE:** July 18, 2024 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **AMERICAN INTEGRITY INSURANCE COMPANY OF FLORIDA,**<br><br>    **Plaintiff**<br>v.<br><br>**PATRICK SMITH,**<br><br>    **Defendant** | **PLAINTIFF COUNSEL**<br>John Timmerman, Retained<br><br><br><br>**DEFENDANT COUNSEL**<br>Griffin Klema, Retained | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 9:32 AM - 9:47 AM<br>**TOTAL:** 15 Minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**   STATUS CONFERENCE

Court in session.

Counsel identified for the record.

The Court discussed the status of the case with the parties.

Counsel for the Defendant presented a status report to the Court.

Counsel for the Plaintiff presented a status report to the Court.

The Court responds to the status reports.

The Court makes a ruling on the record.

Court Adjourned.