UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:24-cv-00783-KKM-AEP

AMERICAN INTEGRITY
INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

PATRICK SMITH,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff American Integrity Insurance Company of Florida and defendant Patrick Smith, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of this action, which effectiveness is conditional on the Court entering an order retaining jurisdiction to enforce the terms of their agreement, pursuant to Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012) ("when dismissal is pursuant to Rule 41(a)(1)(A)(ii), the district court is 'authorized to embody the settlement contract in its dismissal order … if the parties agree'") (applying Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994)).

Here, the parties' settlement agreement executed last week contemplates they will request that the Court retain jurisdiction, post-dismissal with prejudice, to enforce only a few provisions of their agreement by injunction in the event of a violation. The

parties respectfully request that the agreement be submitted for *in camera* review so that the Court may understand the very limited scope of the requested retention, which may lead to less judicial effort than if the Court does not retain jurisdiction.

Specifically and for avoidance of doubt, this stipulation's effectiveness is conditioned upon the Court's entry of an order of dismissal with prejudice which retains jurisdiction over the parties' settlement agreement. <u>Anago Franchising</u>, 677 F.3d at 1280.

The parties are mindful of the Court's comments during yesterday's hearing, and appreciate the Court's indulgence in considering the settlement agreement in order to place this request for retention of jurisdiction in proper context.

| | |
|---|---|
| /s/ Todd Timmerman | /s/ Griffin Klema |
| J. Todd Timmerman, Lead Counsel | Griffin C. Klema, Esq. |
| Florida Bar No. 0956058 | Fla. Bar No. 100279 |
| ttimmerman@shumaker.com | Griffin@KlemaLaw.com |
| Mindi M. Richter | **Klema Law, P.L.** |
| Florida Bar No. 0044827 | PO Box 172381 |
| mrichter@shumaker.com | Tampa, FL 33672 |
| Samantha Regala | 420 W. Kennedy Boulevard |
| Florida Bar No. 1032553 | Tampa, FL 33606 |
| sregala@shumaker.com | Telephone: 202-713-5292 |
| **Shumaker, Loop & Kendrick, LLP** | *Attorney for Defendant* |
| 101 East Kennedy Boulevard | |
| Suite 2800 | |
| Tampa, Florida 33602 | |
| Telephone No.: (813) 229-7600 | |
| Facsimile No.: (813) 229-1660 | |
| *Attorneys for Plaintiff* | |