UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:24-cv-00783-KKM-AEP

AMERICAN INTEGRITY
INSURANCE COMPANY OF FLORIDA,

    Plaintiff,

v.

PATRICK SMITH,

    Defendant.

---

**NOTICE OF COMPLIANCE WITH COURT ORDER [DE 43]**

Defendant Patrick Smith, hereby provides notice that on July 26, 2024, he provided a printed copy of the parties' confidential settlement agreement to the Court, in compliance with its order, [DE 43], by personal courier service.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Counsel for Patrick Smith*